LOUIS M. JOSEPHTHAL and Others, Appellants, v. LEO F. STURM, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

HESTER MOTORS, INC., Appellant, v. CENTRAL UNION TRUST COMPANY OF NEW YORK and Another, as Executors, etc., of SAMUEL M. ROOSEVELT, Deceased, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH COLAGNA, Appellant, Impleaded with FRANK RUSSO.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

RUSSIAN SOCIALIST FEDERATED SOVIET REPUBLIC, Appellant, v. JACQUES ROBERTO CIBRARIO, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs, with leave to appeal to the Court of Appeals if appellant be so advised. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

OSCAR J. HEIG, as Trustee in Bankruptcy of JOSEPH MEYER & CO., INC., Bankrupt, Appellant, v. COLUMBIA TRUST COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements on the authority of Havana Central R. R. Co. v. Knickerbocker Trust Co. (198 N. Y. 422). Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

FREDERICK R. BABCOCK, Suing on Behalf of Himself, etc., Respondent, v. WALSTON H. BROWN and Others, Appellants, Impleaded with UNITED STATES LIGHT AND HEAT CORPORATION, Respondent, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

SUSIE FARLEY ROBERTSON and Another, as Administrators, etc., of SUSANNAH BLAMEY, Deceased, Appellants, v. RICHARD F. KELLY and Others, as Executors, etc., of THOMAS KELLY, Deceased, Respondents.— Appeal dismissed on the authority of Dwan v. Massarene (199 App. Div. 872), with ten dollars costs and disbursements to respondents. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

JAMES HUGHES, an Infant, by JOHN HUGHES, His Guardian ad Litem, Respondent, v. FRANKLIN DYE WORKS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

BERTHA STEARN, Respondent, v. LEO STRAUSS, Appellant.— Determination affirmed and judgment absolute ordered against defendant on stipulation, with costs in all courts. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

A. C. & H. M. HALL REALTY Co., Respondent, v. JOHN J. BRADLEY, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.

A. C. & H. M. HALL REALTY Co., Respondent, v. ALBERT FALK, Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Merrell and Greenbaum, JJ.